PROVIDENCE ELECTRIC COMPANY, INC. *v.* SUTTON PLACE, INC., ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New London County is denied.

*John L. Calvocoressi,* for the appellee (plaintiff).

*Roger M. Sullivan,* for the appellant (named defendant).

Argued June 2—decided June 2, 1970

ETOILA MASON *v.* F. M. SANTAMARIA, INC.

The motion by the plaintiff to hear her motion for permission to amend her appeal from the Court of Common Pleas in Litchfield County is granted.

The motion by the defendant to dismiss the appeal is granted.

The motion by the plaintiff for permission to amend her appeal is denied.

*Charles F. Brower,* for the appellee (defendant).

*Ryszard S. Mrotek,* for the appellant (plaintiff).

Argued June 2—decided June 2, 1970

STATE OF CONNECTICUT *v.* DENNIS J. ST. HILAIRE

The motion by the state to dismiss the appeal from the Superior Court in Hartford County is granted.